IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| JOHN DOE, as Parent and Next Friend of Jane Doe, a Minor | PLAINTIFF |
| v.       NO. 4:04CV00028 JLH | |
| DON HENDERSON, in His Capacity as Superintendent of the Pulaski County Special School District; KENNETH CLARK, in His Capacity as Principal of Jacksonville High School; and the PULASKI COUNTY SPECIAL SCHOOL DISTRICT, a Public Body Corporate | DEFENDANTS |

## JUDGMENT

Pursuant to the Opinion entered separately today, judgment is entered in favor of the defendants on plaintiff's claims arising under 42 U.S.C. § 1983 and 20 U.S.C. § 1681. The Court declines to exercise supplemental jurisdiction over plaintiff's state law claims, so those claims are dismissed without prejudice for lack of jurisdiction.

IT IS SO ORDERED this  16th  day of December, 2005.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE